JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 SOUTH FIRST STREET #613
SAN JOSE, CA 95113
ATTORNEY FOR PLAINTIFFS
TEL (408) 294-1040
FAX (408) 294-1045



Filed

MAY 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OMAR VAZQUEZ CURRILLO AND JOSE ARMANDO CORTEZ,

　　　PLAINTIFFS,

　　VS.

L AND L HAWAIIAN BARBECUE, GUY DAVIS ROGER, AND DOES 1-10

　　　DEFENDANTS

CASE NO: C07 02709 RS

JURY TRIAL DEMAND

**JURY TRIAL DEMANDED**

Plaintiffs OMAR VAZQUEZ CURRILLO and JOSE ARMANDO CORTEZ demand a jury trial.

Dated this Tuesday, May 22, 2007

JAMES DAL BON
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113

COMPLAINT - 10