```
 1  Phillip J. Griego, Esq. (SBN76616)
    Robert E. Nuddleman, Esq. (SBN 190269)
 2  PHILLIP J. GRIEGO & ASSOCIATES
    95 S. Market Street, Suite 520
 3  San Jose, California  95113
    Tel (408) 293-6341
 4  Fax (408) 293-1959

 5  Attorneys for Defendant
 6

 7  James Dal Bon (157942)
    Dal Bon and Wang
 8  12 South First Street, #613
    San Jose, CA 95113
 9  Tel (408) 292-1040
    Fax (408) 292-1045
10

11  Attorneys for Plaintiff
12
```

<br>

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            San Jose Division

16

| 17 | OMAR VAZQUEZ CURRILLO AND JOSE ARMANDO CORTEZ, | ) ) | CASE NUMBER C 07 02709 |
|---|---|---|---|
| 18 | | ) ) | |
| 19 | Plaintiffs, | ) ) | |
| 20 | v. | ) ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONSIVE PLEADINGS |
| 21 | GUY DAVIS ROGER and L AND L HAWAIIAN BARBECUE, and DOES 1-10, | ) ) ) ) | |
| 22 | | ) ) | |
| 23 | Defendant. | ) | |

24

25

26        Plaintiffs, OMAR VAZQUEZ CURRILLO and JOSE ARMANDO CORTEZ, by and

27   through their counsel of record James Dal Bon of Dal Bon and Wang, and DefendantS

28   erroneously sued as GUY DAVIS ROGER and L AND L HAWAIIAN BARBECUE, by and

Stipulation and Proposed Order Extending Time for Responsive Pleadings                              1

through his counsel of record Robert E. Nuddleman of Phillip J. Griego and Associates, stipulate to extend the time within which Defendants must file responsive pleadings. Defendant has recently retained counsel and the parties believe they can resolve this matter without further court intervention.  The parties stipulate that Defendant shall file responsive pleadings on or before August 10, 2007.

Dated: July 10, 2007				PHILLIP J. GRIEGO & ASSOCIATES

					_____/s/_____
					ROBERT E. NUDDLEMAN, ESQ.
					Attorneys for Defendants


					DAL BON AND WANG


					_____/s/_____
					JAMES DAL BON, ESQ.
					Attorneys for Plaintiffs


                                  ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT,

The time for Defendants named in the complaint as GUY DAVIS ROGER and L AND L HAWAIIAN BARBECUE to respond to the Complaint is hereby extended to August 10, 2007.


    Dated: _____			UNITED STATES DISTRICT COURT JUDGE


					_____
					United States District Court Judge

Stipulation and Proposed Order Extending Time for Responsive Pleadings				2