| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | Phillip J. Griego, Esq. (SBN76616)<br>Robert E. Nuddleman, Esq. (SBN 190269)<br>PHILLIP J. GRIEGO & ASSOCIATES<br>95 S. Market Street, Suite 520<br>San Jose, California 95113<br>Tel (408) 293-6341          *E-FILED 7/12/07*<br>Fax (408) 293-1959<br><br>Attorneys for Defendant |
| 7<br>8<br>9<br>10 | James Dal Bon (157942)<br>Dal Bon and Wang<br>12 South First Street, #613<br>San Jose, CA 95113<br>Tel (408) 292-1040<br>Fax (408) 292-1045 |
| 11 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| OMAR VAZQUEZ CURRILLO AND<br>JOSE ARMANDO CORTEZ,<br><br>            Plaintiffs,<br><br>v.<br><br>GUY DAVIS ROGER and L AND L<br>HAWAIIAN BARBECUE, and DOES<br>1-10,<br><br>            Defendant. | ) CASE NUMBER C 07 02709<br>)<br>)<br>)<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER EXTENDING TIME FOR<br>) RESPONSIVE PLEADINGS<br>)<br>)<br>)<br>)<br>) |

Plaintiffs, OMAR VAZQUEZ CURRILLO and JOSE ARMANDO CORTEZ, by and through their counsel of record James Dal Bon of Dal Bon and Wang, and DefendantS erroneously sued as GUY DAVIS ROGER and L AND L HAWAIIAN BARBECUE, by and

Stipulation and Proposed Order Extending Time for Responsive Pleadings                                    1

through his counsel of record Robert E. Nuddleman of Phillip J. Griego and Associates, stipulate to extend the time within which Defendants must file responsive pleadings. Defendant has recently retained counsel and the parties believe they can resolve this matter without further court intervention. The parties stipulate that Defendant shall file responsive pleadings on or before August 10, 2007.

Dated: July 10, 2007                    PHILLIP J. GRIEGO & ASSOCIATES

                                                          /s/
                                      ROBERT E. NUDDLEMAN, ESQ.
                                      Attorneys for Defendants

                                      DAL BON AND WANG

                                                          /s/
                                      JAMES DAL BON, ESQ.
                                      Attorneys for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT,

The time for Defendants named in the complaint as GUY DAVIS ROGER and L AND L HAWAIIAN BARBECUE to respond to the Complaint is hereby extended to August 10, 2007.

Dated: July 12, 2007                    UNITED STATES DISTRICT COURT JUDGE

                                      United States District Court Judge

Stipulation and Proposed Order Extending Time for Responsive Pleadings    2