**United States District Court**
For the Northern District of California

**\*E-FILED\***
**August 30, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR CURRILLO, et al.,

        Plaintiffs,

  v.

L AND L HAWAIIAN BARBECUE, et al.,

        Defendants.
_____/

No. C 07-02709 RS

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for September 5, 2007 at 2:30 p.m. has been continued to **September 19, 2007 at 2:30 p.m.**  The parties shall file a joint case management conference statement no later than September 12, 2007.

Dated:  August 30, 2007

                                                For the Court,
                                                RICHARD W. WEIKING, Clerk

                                                By:    /s/ Martha Parker Brown
                                                           Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

Robert Edward Nuddleman    robert@griegolaw.com