JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel (408)292-1040
Fax (408)292-1045

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VAZQUEZ CURRILLO AND JOSE ARMANDO CORTEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> GUY DAVIS ROGER, and L AND L HAWAIIAN BARBECUE, and DOES 1-10 <br><br> Defendants | Case No: C07-02709 RS <br><br> STIPULATION FOR DISMISSAL |

1. Parties have fully resolved their disputes as of July 21, 2007.
2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.
3. Each party is to bear its own costs and fees.

1  Dated: August, ____ 2007

2

3

4  _____
   Robert Nuddleman
5  Griego & Associates
   95 South Market #520
6  San Jose, CA 95113
   Attorney For Defendants
7

8  Dated: ~~August,~~ September 5 ____ 2007

9

10

11

12 _____
   ~~James~~ Dal Bon, ~~SBN 157942~~
13 Dal Bon & ~~Wang~~
   ~~Attorney~~ for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

1   Dated: August ____ 2007

2

3   IT IS SO ORDERED:

4

5   _____
    Honorable Magistrate Judge
6   Richard Seeborg