JAMES DAL BON
CA BAR #157942
DAL BON AND WANG
12 South First Street #613
San Jose, CA 95113
Tel (408)292-1040
Fax (408)292-1045

*E-FILED 9/17/07*

ATTORNEY FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VAZQUEZ CURRILLO AND JOSE ARMANDO CORTEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GUY DAVIS ROGER, and L AND L HAWAIIAN BARBECUE, and DOES 1-10<br><br>Defendants | Case No: C07-02709 RS<br><br>STIPULATION FOR DISMISSAL AND ORDER THEREON |

1. Parties have fully resolved their disputes as of July 21, 2007.

2. As such parties respectfully request that the Court dismiss this case in its entirety with prejudice.

3. Each party is to bear its own costs and fees.

Dated: August, _____ 2007

_____
Robert Nuddleman
Griego & Associates
95 South Market #520
San Jose, CA 95113
Attorney For Defendants

Dated: ~~August,~~ September 5 _____ 2007

_____
James Dal Bon, SBN 157942
Dal Bon & Wang
Attorney for Plaintiffs

Dated: ~~August XXXXXXXX~~ September 17, 2007

IT IS SO ORDERED:

*/s/ Richard Seeborg*
_____
Honorable Magistrate Judge
Richard Seeborg